# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 18-806

**STATE OF LOUISIANA**

**VERSUS**

**CURTIS CHELEY**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 90627
HONORABLE MARTHA A. O'NEAL, AD HOC JUDGE

\*\*\*\*\*\*\*\*\*\*

**JOHN D. SAUNDERS**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Elizabeth A. Pickett, and Van H. Kyzar, Judges.

**CONVICTION AFFIRMED, SENTENCE VACATED, AND REMANDED.**

**Paula C. Marx**
**Louisiana Appellate Project**
**P. O. Box 82389**
**Lafayette, LA 70598-2389**
**(337) 991-9757**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Curtis Cheley**

**Asa Allen Skinner**
**District Attorney, Thirtieth Judicial District Court**
**Terry W. Lambright**
**Lea Hall**
**Assistant District Attorneys**
**P. O. Box 1188**
**Leesville, LA 71496-1188**
**(337) 239-2008**
**COUNSEL FOR APPELLEE:**
    **State of Louisiana**

**Curtis Cheley**
**David Wade Correctional Center**
**670 Bell Hill Road**
**Homer, LA 71040-2150**
**PRO SE**

**SAUNDERS, Judge.**

For the reasons discussed in the consolidated case of *State v. Cheley*, 18-805 and 18-806 (La.App. 3 Cir. __/__/__), ___ So.3d ____, the third felony offender conviction is affirmed, the sentences are vacated, and the matter is remanded for further proceedings.

**CONVICTION AFFIRMED, SENTENCE VACATED, AND REMANDED.**